NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**NETFLIX, INC.,**

*Plaintiff/Counterclaim Defendant - Appellee*

v.

**ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC., fka Gemstar-TV Guide International, Inc., UNITED VIDEO PROPERTIES, INC.,**

*Defendants/Counterclaimants - Appellants*

**APTIV DIGITAL, INC., STARSIGHT TELECAST, INC.,**

*Counterclaimants - Appellants*

_____

15-1917

_____

Appeal from the United States District Court for the Northern District of California in case no. 4:11-cv-06591-PJH United States District Judge Phyllis J. Hamilton

_____

ON MOTION

<u>O R D E R</u>

Upon consideration of appellants, United Video Properties, Inc., Rovi Corporation, Rovi Guides, Inc., StarSight Telecast, Inc., Rovi Technologies Corporation, and Aptiv Digital, Inc.'s unopposed motion to extend time to file appellants' principal brief until December 14, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 17, 2015             <u>/s/ Daniel E. O'Toole</u>
                              Daniel E. O'Toole
                              Clerk of Court